# DEB SHOPS SDP INC.

## Unanimous Written Consent of the Board of Directors

December 2, 2014

The undersigned, being all of the members of the Board of Directors (the "Board") of Deb Shops SDP Inc., a Delaware corporation (the "Company"), hereby consent, pursuant to Section 16 of the Company's Bylaws and Section 141(f) of the General Corporation Law of the State of Delaware, as amended, to the adoption of the following resolutions:

WHEREAS, the Board has participated in numerous telephonic conferences with the Company's management team, CRO, counsel, investment banker and has considered and relied upon the opinions of the Company's professionals as well as the information provided by such parties regarding the Company's business and long-term liabilities of the Company;

NOW, THEREFORE, BE IT:

RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, stockholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

RESOLVED, that Dawn Robertson, Keith Spirgel, Timothy Boates, and Robert Tetreault of the Company (each, an "Authorized Signatory") be, and each of them hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Signatory deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case; and it is further

RESOLVED, that the Authorized Signatories, on behalf of the Company, are authorized, empowered and directed to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZ&J") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Signatories are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J; and it is further

RESOLVED, that the Authorized Signatories, on behalf of the Company, are authorized, empowered and directed to retain the services of RAS Management Advisors, LLC ("RAS") to provide a chief restructuring officer and to provide additional personnel to assist the Company in the Company's chapter 11 case, effective as of the date the petition is filed, and in connection therewith, the Authorized Signatories are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate motion for authority to retain the services of such chief restructuring officer and RAS; and it is further

RESOLVED, that the Authorized Signatories, on behalf of the Company, are authorized, empowered and directed to retain the services of Hilco Real Estate, LLC ("Hilco") as the Company's real estate consultant in the Company's chapter 11 case, effective as of the date the petition is filed, and in connection therewith, the Authorized Signatories are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy petition, and to cause to be filed an appropriate application for authority to retain the services of Hilco; and it is further

RESOLVED, that the Authorized Signatories, on behalf of the Company, are authorized, empowered and directed to retain the services of Houlihan Lokey Capital, Inc. ("Houlihan") as the Company's investment banker in the Company's chapter 11 case to provide investment banking services, effective as of the date the petition is filed, and in connection therewith, the Authorized Signatories are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy petition, and to cause to be filed an appropriate application for authority to retain the services of Houlihan; and it is further

RESOLVED, that the Authorized Signatories of the Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper; and it is further

RESOLVED, that the Authorized Signatories of the Company be, and each of them hereby is, authorized and empowered to obtain post-petition financing according to terms which may be negotiated by the management of the Company, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the Authorized Signatories of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and it is further

RESOLVED, in furtherance of obtaining post-petition financing for the Company, that the Authorized Signatories of the Company be, and each of them hereby is, authorized and empowered on behalf and in the name of the Company to execute, deliver, and cause the Company to perform, that certain Senior Secured, Superpriority, Debtor-in-Possession Revolving Credit and Security Agreement (the "Credit Agreement"), by and among Deb Shops SDW LLC, a Delaware limited liability company ("SDW"), Deb Shops SDFMC LLC, a Delaware limited liability company ("SDFMC"), Deb Shops SDE LLC, a Delaware limited liability company ("SDE"), Deb Shops SDE-Commerce LLC, a Delaware limited liability company ("SDE-Commerce", and together with the SDW, SDFMC and SDE, each a "Borrower" and jointly and severally, the "Borrowers"), certain Guarantors named therein, PNC Bank, National Association ("PNC"), the various other financial institutions named therein or which hereafter become a party thereto (together with PNC, collectively, the "Lenders") and PNC as agent for the Lenders

(in such capacity, "Agent") and, in connection therewith, the Authorized Signatories of the Company are hereby authorized and directed to execute, deliver and cause the Company to perform the Notes, and all Other Documents (as such terms are defined in the Credit Agreement) and to take any and all further action to cause the transactions contemplated by the Credit Agreement and such ancillary documents to be consummated, including but not limited to any officer's certificate regarding this or any other resolution of the Board reasonably requested by the Agent and in form acceptable to counsel for the Company, with the execution and delivery of such certificate to constitute conclusive evidence of the Board's approval and adoption of such resolution as fully as if such resolution had been approved and adopted by the vote of all managers at a meeting of the Board duly noticed and held; and it is further

RESOLVED, that the Authorized Signatories of the Company be, and each of them hereby is, authorized and empowered to take any and all actions to initiate a chainwide "going out of business" sale process and store closure process, including the retention of a liquidator to act as agent of the Company in the conduct of sales and enter into an agency or similar agreement to effectuate such processes; and it is further

RESOLVED, that the Authorized Signatories be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Signatory to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case; and it is further

RESOLVED, that any and all actions heretofore taken by any Authorized Signatory or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects; and it is further

RESOLVED, that this consent may be executed in two or more counterparts, all of which shall be considered one and the same agreement and shall become effective when counterparts have been signed by each party and delivered to PSZ&J, as counsel to the Company and, in the event that any signature is delivered by facsimile transmission or by an e-mail which contains a portable document format (.pdf) file of an executed signature page, such signature page shall have the same force and effect as if such signature page were an original thereof.

*THE REST OF THIS PAGE INTENTIONALLY LEFT BLANK*
*NEXT PAGE IS SIGNATURE PAGE*

IN WITNESS WHEREOF, the undersigned Directors have caused this Consent to be executed as of the date first written above.

_____
Stephen Marotta

_____
Susan Riley

_____
Barry Kasoff

*SIGNATURE PAGE TO UNANIMOUS WRITTEN CONSENT OF BOARD OF DIRECTORS OF DEB SHOPS SDP INC.*

DOCS_DE:196013.3 17794/001

IN WITNESS WHEREOF, the undersigned Directors have caused this Consent to be executed as of the date first written above.

_____
Stephen Marotta

_____/s/ Susan Riley_____
Susan Riley

_____
Barry Kasoff

*SIGNATURE PAGE TO UNANIMOUS WRITTEN CONSENT OF BOARD OF DIRECTORS OF DEB SHOPS SDP INC.*

DOCS_DE:196013.3 17794/001

IN WITNESS WHEREOF, the undersigned Directors have caused this Consent to be executed as of the date first written above.

_____
Stephen Marotta


_____
Susan Riley


_____
Barry Kasoff


*SIGNATURE PAGE TO UNANIMOUS WRITTEN CONSENT OF BOARD OF DIRECTORS OF DEB SHOPS SDP INC.*

DOCS_DE:196013.3 17794/001